```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JUL 2 3 2015

                          CENTRAL DISTRICT OF CALIFORNIA
                          EASTERN DIVISION      BY DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09CR00028-MMM |
| Plaintiff, | ORDER OF DETENTION |
| v. | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Torrey James Bennett | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CENTRAL___ District of ___CALIFORNIA___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS
- HISTORY OF PAROLE VIOLATIONS
- SUBMISSION TO DENTENTION

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18

5       U.S.C. § 3142(b) or (c).  This finding is based on the following:

6       _____

7       _____

8       _____

9       _____

10

11

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further

13 revocation proceedings.

14

15 Dated:  7/23/15

16                                        HONORABLE DAVID T. BRISTOW
                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2